**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
MICHAEL ANTHONY J. THOMAS,

|                     |                          |
|---------------------|--------------------------|
| Plaintiff,          | 23 **CIVIL** 4642 (LJL) |
| -v-                 | **JUDGMENT**             |

KILOLO KIJAKAZI,
ACTING COMMISSIONER OF SOCIAL SECURITY,

Defendant.
-------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Stipulation and Order dated August 21, 2023, that the action be, and hereby

is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. §

405(g), for further administrative proceedings.

**Dated:**  New York, New York
        August 21, 2023

                                                        **RUBY J. KRAJICK**
                                            _____
                                                        **Clerk of Court**


                                    **BY:**
                                            _____
                                                        **Deputy Clerk**